
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**WAYNE AUSTIN,**

Plaintiff,

v.  CASE NO. 3:09-cv-907-J-25MCR

**FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES,**

Defendant.

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Dkt. 10) recommending that Plaintiff's construed Motion to Proceed *In Forma Pauperis* (Dkt. 2) be denied and the *pro se* Second Amended Complaint (Dkt. 7) be dismissed without prejudice to Plaintiff filing a paid complaint. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections. On October 21, 2009, Plaintiff filed a Supplement to the Second Amended Complaint (Dkt. 12), which the Court construes as Plaintiff's objections to the Report and Recommendation.

Upon consideration of the Report and Recommendation of the Magistrate Judge, Plaintiff's construed objections thereto, and upon this Court's review of the record, the Court finds that the Report and Recommendation should be adopted. Accordingly, it is,

**ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation (Dkt. 10) is adopted and incorporated by reference in this Order.

2. The construed Motion to Proceed *In Forma Pauperis* (Dkt. 2) is **DENIED**.

3. This action is **DISMISSED without prejudice** to refile the complaint accompanied with the filing fee.

4. The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida this _16_ day of November, 2009.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
*Pro Se* Plaintiff